# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lastreto II, Rene | U.S. Bankruptcy Court Eastern District of California | 04/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Robert E. Coyle United States Courthouse
2500 Tulare St., Suite 2501
Fresno, CA 93721

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex Officio Member Board of Directors | San Joaquin Valley Federal Bar Association. |
| 2. | Member Newsletter Committee | National Conference of Bankruptcy Judges |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 04/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/28/2018 - 10/31/2018 | San Antonio, TX | Committee work (Newsletter) | Travel Reimbursement |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lastreto II, Rene** | 04/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 04/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of the West-accounts | A | Interest | L | T | | | | | |
| 2. Lincoln Annuity-variable | | | | | | | | | |
| 3. --LVIP Global Growth Alloocation Managed Risk Fund | B | Dividend | K | T | | | | | |
| 4. Franklin Income Fund-"A" | A | Dividend | J | T | | | | | |
| 5. IRA # 1 | | | | | | | | | See Part VIII |
| 6. --Smart & Final Stores (common) | | None | | | Sold | 10/17/18 | J | A | |
| 7. --Goldman Sachs Bank USA(cash) | | None | J | T | | | | | |
| 8. Principal Universal Life Insurance | A | Dividend | J | T | | | | | |
| 9. Lang, Richert & Patch 401K | | None | | | | | | | See Part VIII |
| 10. IRA #2 | | | | | | | | | |
| 11. --Am. Funds Capital Income Builder-A | B | Int./Div. | K | T | | | | | |
| 12. --Am. Funds Capital World Growth & Income Fund-A | A | Int./Div. | L | T | | | | | |
| 13. --Am. Funds Growth Fund of America | A | Int./Div. | L | T | | | | | |
| 14. Rollover IRA | | | | | | | | | |
| 15. --Blackrock Global Allocation CL A/ Blackrock Global Allocation FD-I | A | Dividend | K | T | Sold (part) | 08/24/18 | K | C | See Part VIII |
| 16. --American Europacific Growth Class F1/ Am. Europacific Growth Fund CL | A | Dividend | K | T | Buy (add'l) | 01/25/18 | J | | See Part VIII |
| 17. --Fidelity Contrafund | A | Dividend | | | Sold | 08/24/18 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 04/02/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Harbor Capital Appreciation INSTL | A | Dividend | M | T | Sold (part) | 06/13/18 | L | E | |
| 19. | | | | | Sold (part) | 08/23/18 | K | D | |
| 20. --IShares Russell Midcap Growth | A | Dividend | | | Sold | 08/27/18 | K | D | |
| 21. --MFS Value Class A/MFS Value Class I | C | Dividend | L | T | Sold (part) | 08/27/18 | L | E | See Part VIII |
| 22. --Metropolitan West Total Return Class I | B | Dividend | L | T | Sold | 08/24/18 | L | A | |
| 23. --American Smallcap World Class F1/Am. Sm. Cap. World Fnd Cl F2 | D | Dividend | L | T | | | | | See Part VIII |
| 24. --Templeton Global Bond Advisor Class | A | Int./Div. | K | T | Sold (part) | 08/24/18 | K | B | |
| 25. --Thornburg LTD Term Income Class 1 | B | Int./Div. | M | T | Buy (add'l) | 08/27/18 | K | | |
| 26. --Vanguard Index FDS Vanguard total STK | B | Dividend | L | T | Sold (part) | 06/14/18 | J | B | |
| 27. | | | | | Sold (part) | 08/27/18 | L | D | |
| 28. | | | | | Sold (part) | 08/27/18 | K | E | |
| 29. --PIMCO Real Return | B | Dividend | L | T | Sold (part) | 06/12/18 | L | A | |
| 30. --Fidelity Total Market Index Premium Class | A | Int./Div. | M | T | Buy | 08/24/18 | M | | |
| 31. --First Eagle Global Class I | B | Int./Div. | K | T | Buy | 08/24/18 | K | | |
| 32. --Vanguard Value Index Admiral | A | Int./Div. | L | T | Buy | 08/24/18 | L | | |
| 33. --Vanguard Mid Cap Index Fund Cl 1 | A | Int./Div. | J | T | Buy | 08/24/18 | K | | |
| 34. --Western Aset Core Plus Bond Fund INSTL | A | Int./Div. | M | T | Buy | 08/24/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lastreto II, Rene** | 04/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII P. 4 line 5 - Cash will be swept in 2019 for acquisitions. Will not appear in future reports.

Part VII P. 4 line 9 - All positions were sold in 2017. Rolled over into "Rollover IRA" reported in this part. Will not appear on furture reports.

Part VII P. 4 line 15 - This position was converted in a non-taxable transaction that did not involve a disposition to Blackrock Global Allocation FD-INSTL on August 7, 2019.

Part VII P. 4 line 16 - This position was converted in a non-taxable transaction that did not involve a disposition to American Europacific Growth Fund CL F2 August 6, 2018.

Part VII P. 5 line 21 - This position was converted in a non-taxable transaction that did not involve a disposition to MFS Valuie Class I on August 6, 2018.

Part VII P. 5 line 23 - This position was converted in a non-taxable transaction that did not involve a disposition to American Small Cap World Fund Cl F@ on August 6, 2018.

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 04/02/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Rene Lastreto II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544